In The

## *Court of Appeals*

## *Ninth District of Texas at Beaumont*

_____

**NO. 09-16-00288-CV**

_____


**IN RE STEPHEN A. SMITH**

_____

**Original Proceeding**
**284th District Court of Montgomery County, Texas**
**Trial Cause No. 16-07-07602-CV**
_____

**ORDER**

On August 22, 2016, we stayed all further proceedings in the trial court pending the resolution of an original proceeding seeking mandamus relief from an order of disqualification. On August 25, 2016, the real parties in interest filed a motion to lift the stay for the limited purpose of allowing the trial court to consider and sign, if appropriate, an Agreed Final Judgment. The relator agreed to the motion.

The motion is granted. It is ORDERED that the Order of this Court staying all further proceedings in trial court case number 16-07-07062-CV, *Carl Cannon,*

*Lisa Cannon, Mark Atkins, Cathy Atkins, David Cannon, Val Cannon, Chris Gaskill, Cindy Gaskill, Justin Regan, and Shannon Regan v. Stephen A. Smith*, is hereby lifted for the limited purpose of the trial court's consideration and signing, if appropriate, of the Agreed Final Judgment filed with the trial court.

The Court withdraws its request for a response by the real parties in interest to the petition for writ of mandamus, but the Court will reschedule the response date at the Court's discretion.

ORDER ENTERED August 29, 2016.

PER CURIAM

Before McKeithen, C.J., Kreger and Johnson, JJ.

2